AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:21-mj-00536 |
| | ) Assigned To : Faruqui, Zia M. |
| James Russell Davis | ) Assign. Date : 7/22/2021 |
| DOB: XXXXXX | ) Description: COMPLAINT W/ ARREST WARRANT |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|

18 U.S.C. § 111(a) (Felony) - Assaulting, Resisting, or Impeding Certain Officers,
18 U.S.C. §§ 1752(a)(2) and (4) - Disorderly and Disruptive Conduct and Engaging in Physical Violence in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings,
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Mark Matthews, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ____07/22/2021____

_____
*Judge's signature*

City and state: _____Washington, D.C._____        Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*