UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 21-cr-595 (TJK) |
| | : | |
| JAMES RUSSELL DAVIS, | : | |
| | : | |
| Defendant. | : | |

### UNOPPOSED MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e), if applicable to this case. The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States conferred with counsel for the defendant regarding this motion and counsel does not oppose the motion.

1

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

        Respectfully submitted,

        CHANNING PHILLIPS
        Acting United States Attorney
        D.C. Bar No. 415793

By: /s/ *Mitra Jafary-Hariri*
        MITRA JAFARY-HARIRI
        Assistant United States Attorney
        Detailee
        MI Bar No. P74460
        211 W. Fort Street, Suite 2001
        Detroit, MI 48226
        mitra.jafary-hariri@usdoj.gov
        (313) 226-9632

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on October 22, 2021, I served a copy of this pleading on defendant's counsel through the electronic case file system.

                                              /s/ *Mitra Jafary-Hariri*
                                              MITRA JAFARY-HARIRI
                                              Assistant United States Attorney
                                              Detailee