# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case Number 21-CR-595 |
| **JAMES RUSSELL DAVIS,** : | |
| : | |
| Defendant. : | Hon. Timothy J. Kelly |

## UNOPPOSED MOTION FOR EXCLUDABLE DELAY

The Government requests that the status hearing date of January 13, 2022 in this case be adjourned approximately 60 days or until March 14, 2022. The amount of discovery is voluminous in this case, constituting thousands of pages, and that there are terabytes of forensic data to sift through. There are multiple electronic device dumps and vast data to review. There is also a large amount of global discovery that has and continues to be produced in this case on an ongoing basis. Defense needs time to look at and to evaluate all of this evidence. In addition to all of these things, there is an ongoing global pandemic that has slowed the process of doing in-person meetings.

The Government further moves for a finding of excludable delay between the dates of January 13, 2022 and March 14, 2022. The parties agree that this case is "unusual and complex" due to the nature of the prosecution. *See* 18 U.S.C. § 3161(h)(7)(B)(ii), *see also* § 3161(h)(7)(B)(iv), and that, therefore, this time should be excluded in calculating the time within which the defendant must be brought to trial under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1).

Additionally, the parties have started plea discussions and would like time to continue the discussions.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time period shall constitute excludable delay and that the ends of justice served outweigh the best interests of the defendant and the public in a speedy trial. The excludable delay requested is reasonable and necessary so that defendant can fully prepare for trial and review the voluminous evidence in this case.

        Respectfully submitted,

        MATTHEW GRAVES
        UNITED STATES ATTORNEY

By:    /s/ *Mitra Jafary-Hariri*
        MITRA JAFARY-HARIRI
        Assistant United States Attorney, Detailee
        MI Bar No. P74460
        211 W. Fort Street, Suite 2001
        Detroit, MI 48226
        mitra.jafary-hariri@usdoj.gov, (313) 226-9632

Date:  January 11, 2022