# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No.: 21-cr-00595 (TJK)** |
| v. | : | |
| | : | |
| **JAMES RUSSELL DAVIS,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Trial Attorney Will N. Widman is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: April 11, 2023

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Will N. Widman*
Will N. Widman
NC Bar No. 48158
Trial Attorney, Detailee
1301 New York Avenue NW, 8th Floor
Washington, DC 20530
(202) 353-8611
Will.Widman@usdoj.gov

**CERTIFICATE OF SERVICE**

      On this 11th day of April 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                */s/ Will N. Widman*
                                                WILL N. WIDMAN
                                                Trial Attorney, Detailee