| Government | ✔ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

UNITED STATES

VS.

JAMES RUSSELL DAVIS

CRIMINAL NO. <u>21-CR-595 (TJK)</u>

## GOVERNMENT'S EXHIBIT LIST

| Government Exhibit No. | Exhibit Description | Marked for I.D. | Received in Evidence | Witness |
|---|---|---|---|---|
|  | **100 SERIES: OVERVIEW EXHIBITS AND STIPULATIONS** | | | |
| 101 | Map of the restricted perimeter of the U.S. Capitol on January 6, 2021 | | | USSS/USCP |
| 102 | Picture of the West Front of the U.S. Capitol on January 6, 2021 | | | USCP / Stipulation |
| 103 | USCP Press Release on September 3, 2020, announcing closure of West Front of U.S. Capitol | | | USCP / Stipulation |
| 104 | 12th Amendment to the U.S. Constitution | | | Self-Authenticating |
| 105 | United States Code, Title 3, Section 15 | | | Self-Authenticating |
| 106 | United States Code, Title 3, Section 16 | | | Self-Authenticating |

| | | | | |
|---|---|---|---|---|
| 107 | United States Code, Title 3, Section 17 | | | Self-Authenticating |
| 108 | United States Code, Title 3, Section 18 | | | Self-Authenticating |
| 109 | Congressional Records from U.S. House of Representatives, January 6, 2021 | | | Self-Authenticating |
| 110 | Congressional Records from U.S. Senate, January 6, 2021 | | | Self-Authenticating |
| 111 | USCP Board Order 20.14 from August 25, 2020, Concerning the Closing of the West Front of the Capitol Grounds on January 6, 2021 | | | USCP / Stipulation |
| 112 | Business Records Certification for Safeway Early Closure Notice, Mid-Atlantic Daily Sales Report, and Warehouse Shipments Record for January 6, 2021 | | | Self-Authenticating |
| 113 | Safeway early closure notice for Washington, D.C. stores on January 6, 2021 | | | Self-Authenticating |
| 114 | Safeway Mid-Atlantic Daily Sales Report January 5 – January 7, 2021 | | | Self-Authenticating |
| 115 | Safeway Shipment Records January 3 – January 9, 2021 | | | Self-Authenticating |
| 116 | Transcript of the Testimony of United States Secret Service Inspector Lanelle Hawa in *United States v. Couy Griffin*, 21-cr-92, April 8, 2022 | | | Stipulation |
| 117 | Transcript of the Testimony of Safeway Manager Edward Tippet in *United States v. Thomas Webster*, 21-cr-208, April 27, 2022 | | | Stipulation |

| | | | | |
|---|---|---|---|---|
| 118 | Congressional Record of January 6, 2021 Vote | | | Self-Authenticating |
| 119 | Prior Testimony of Captain Ronald Ortega in *United States v. Thomas Robertson*, 21-cr-034, April 5, 2022 | | | Stipulation |
| 120 | Photo of "Area Closed" Sign by United States Capitol Police | | | USCP/Stipulation |
| 121 | Additional photo of "Area Closed" Signs by United States Capitol Police on January 6, 2021 | | | USCP/Stipulation |
| 122 | January 5, 2021 Email from H. Lanelle to USSS and USCP re HOS Notification | | | USSS/USCP |
| 123 | January 6, 2021 Head of State Notification - Redacted | | | USSS/USCP |
| 124 | Video compilation of Congressional Activity/Official Proceeding on January 6, 2021 | | | USCP/Stipulation |
| 125 | Video compilation of CCTV footage on January 6, 2021 | | | USCP/Stipulation |
| 126 | Model of U.S. Capitol Facing West #1 | | | USSS/USCP |
| 127 | Model of U.S. Capitol Facing West #2 | | | USSS/USCP |
| 128 | Model of U.S. Capitol Facing Southeast | | | USSS/USCP |
| 129 | CCTV footage of East Capitol from January 6, 2021 1:58:40-1:59:39 p.m. | | | USSS/USCP |

| | | | | |
|---|---|---|---|---|
| 130 | CCTV footage from January 6, 2021 2:25:48-2:26:20 p.m. | | | USSS/USCP |
| **200 SERIES: VIDEOS AND PHOTOGRAPHS** | | | | |
| 201 | Body Worn Camera footage from MPD Officer Michelle Turner, X6039BF8R, from 2:20:32 – 2:39:30 p.m. | | | Officers Turner / Deschaine / Sorrell |
| 202 | Stillshots from BWC of MPD Officer Michelle Turner | | | Officers Turner / Deschaine / Sorrell |
| 203 | Body Worn Camera footage from MPD Officer Israel Deschaine, X6039BAV3, from 2:24:10 – 2:38:25 p.m. | | | Officers Turner / Deschaine / Sorrell |
| 204 | Stillshots from BWC of MPD Officer Israel Deschaine | | | Officers Turner / Deschaine / Sorrell |
| 205 | Body Worn Camera footage from MPD Officer Ameer Sorrell, X6039BGMT, from 2:18:13 p.m. to 2:37:05 p.m. | | | Officers Turner / Deschaine / Sorrell |
| 206 | Stillshots from BWC of MPD Officer Ameer Sorrell | | | Officers Turner / Deschaine / Sorrell |
| 207 | CCTV Camera 0943 USCH West Roof from 2:20:00 - 2:45:00 p.m. | | | USCP / Stipulation |
| 208 | CCTV Camera 0943 USCH West Roof from 2:20:00 - 2:45:00 p.m. with defendant highlighted | | | USCP / Stipulation |
| 209 | CCTV Camera 0944 USCS West Roof from 2:20:00 - 2:45:00 p.m. | | | USCP / Stipulation |
| 210 | CCTV Camera 0944 USCS West Roof from 2:20:00 - 2:45:00 p.m. with defendant highlighted | | | USCP / Stipulation |

| | | | | |
|---|---|---|---|---|
| 211 | 25:15 long open-source video titled "Jan 6 2021 Washington Swamp Removal Riot Live 1" depicting James Davis and the march of rioters toward the Capitol | | | Stipulation / FBI SA Mark Mathews |
| 212 | Screenshot of Exhibit 211 depicting James Davis | | | Stipulation / FBI SA Mark Mathews |
| 213 | 1:17 long open-source video titled "Interview with the Proud Boys in Washington DC" and posted to Facebook by "Williston Trending Topics New Radio Live" of an interview given by James Davis in Washington, D.C. on January 6, 2021 | | | Stipulation / FBI SA Mark Mathews |
| 214 | Screenshot of Exhibit 213 depicting James Davis | | | Stipulation / FBI SA Mark Mathews |
| 215 | 1:28:30 long open-source video titled "Brandon Gray – What REALLY Happened in D.C." and posted to the Infowars website depicting the events at the Capitol on January 6, 2021 | | | Stipulation / FBI SA Mark Mathews |
| 216 | Screenshots of Exhibit 215 depicting James Davis | | | Stipulation / FBI SA Mark Mathews |
| 217 | 2:49 long open-source video depicting the events on the West Front of the Capitol from approximately 2:32 – 2:35 p.m. | | | Officers Turner / Deschaine / Sorrell |
| 218 | Screenshots of Exhibit 217 depicting James Davis | | | Officers Turner / Deschaine / Sorrell |
| 219 | 2:19 long open-source video depicting the events on the West Front of the Capitol from approximately 2:30 – 2:32 p.m. | | | Officers Turner / Deschaine / Sorrell |

| 220 | Screenshots of Exhibit 219 | | | Officers Turner / Deschaine / Sorrell |
|---|---|---|---|---|
| 221 | 1:19 long open-source video depicting the events on the West Front of the Capitol from 2:30 – 2:32 p.m. | | | Officers Turner / Deschaine / Sorrell |
| 222 | Screenshots of Exhibit 221 | | | Officers Turner / Deschaine / Sorrell |
| 223 | 1:36 long open-source video depicting the events on the West Front of the Capitol from approximately 2:25 – 2:30 p.m. | | | Officers Turner / Deschaine / Sorrell |
| 224 | Screenshots of Exhibit 223 | | | Officers Turner / Deschaine / Sorrell |
| 225 | Photo of James Davis from a January 22, 2020 article in NTD News | | | Stipulation / FBI SA Mark Mathews |
| **300 SERIES: ITEMS RECOVERED FROM CELL PHONES AND SOCIAL MEDIA** | | | | |
| 301 | Report of Analysis for James Davis' cell phone by Computer Analysis Response Team (CART) | | | CART Analyst / Stipulation / Self-Authenticating |
| 302 | Scoped Cellebrite report for James Davis' cell phone | | | CART Analyst / Stipulation / Self-Authenticating |
| 303 | Report of Analysis for Nicholas Ochs' cell phone by Computer Analysis Response Team (CART) | | | CART Analyst / Stipulation / Self-Authenticating |
| 304 | Scoped Cellebrite report for Nicholas Ochs' cell phone by CART containing messages on the "PB Vets" Telegram chat group | | | CART Analyst / Stipulation / Self-Authenticating |

7