UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES** | ) ) ) | |
| **v.** | ) ) ) | **Criminal No. 21-cr-595-TJK** |
| **JAMES DAVIS** | ) ) ) | |

## NOTICE OF WITHDRAWAL OF CO-COUNSEL

James Davis, by and through undersigned counsel, Joseph Scrofano, informs the Court that Attorney Morgan Leigh, as co-counsel for Mr. Davis, is terminating appearance as counsel of record in this matter. Ms. Leigh has left undersigned counsel's law firm for another opportunity. Attorney Joseph Scrofano remains counsel of record for Mr. Davis.

Respectfully submitted,

SCROFANO LAW PC

BY: _____
Joseph A. Scrofano
Bar no.: 994083
600 F Street NW
Suite 300
Washington, DC 20001
Ph: 202-870-0889
jas@scrofanolaw.com

1

## CERTIFICATE OF SERVICE

  I hereby certify that on July 14, 2023, a copy of the foregoing Notice was sent via the Court's Electronic Filing System (ECF) to parties of record.

_____
Joseph A. Scrofano
Counsel for James Davis