September 1, 2023



Dear Honorable Judge Kelly,

We are James R. Davis' parents and wish to provide supportive background information concerning his childhood, academic, post high school and his early adult life experiences.

We met James in 1986 while he and his brother were living in the Gallia County Childrens Home in Ohio. After getting to know them, and they us, we decided that adoption was a good alternative for us all. In August 1987 we adopted James and his younger brother through court proceedings in Athen County, Ohio. My work responsibilities soon required that we relocate, and we moved our family in 1988 to Pickerington, Ohio, where James attended middle and high school. James was an average student, good at some subjects and not so good at others. He participated on the track and field teams at Pickerington High School and was active in choral music. James did not experience any disciplinary or legal problems. He was a Boy Scout. He did not experiment with drugs or alcohol and worked outside of school in lawn care and fast-food restaurants. James and his brother joined, and our family attended St. Elizabeth Ann Seton Parrish throughout James' time living in Pickerington, Ohio.

While a senior at Pickerington High School James was qualified academically to enter Ohio University, but instead made the decision to pursue a military career and joined the Marine Corps' program for high school recruits. After graduating high school in 1994 James completed basic training at Paris Island and graduated as PFC. After completing his time in the Marine Corps James pursued a college education at Western Illinois State University, and while working to pay for his college education he met his wife, Christy. In order to increase his income James enlisted in the Illinois National Guard. Throughout this time James was financially independent and showed a disciplined approach to his personal finances.

After their marriage James decided to enlist in the U. S. Army as a way to provide for his wife and to continue to show his support for our country. Following the return from his deployment to the United Arab Emirates just prior to the second U. S.- Iraq war, James was stationed at Ft. Hood, TX and was training to redeploy to Iraq. During this time, he experienced a sudden unexplained "blackout" while driving to work. Fortunately, his vehicle went off the road into the desert stopping before he or anyone else was injured. The follow up medical care at Ft. Hood resulted in his medical discharge from the Army.

After discharge James pursued continuing his military related career by applying for and receiving a position as a security specialist with the DOD at the Pentagon. He continued to work long hours while arranging for his personal transportation through his wife, friends and the public transportation networks. He was very dedicated to his work

and always found a way to commute to and from work despite the fact he was no longer medically eligible to obtain a drivers' license. He continued to pursue medical care to identify and treat the cause of his condition.

He and Christy relocated from Woodbridge to King George, VA in order to purchase a home within their means, and he continued the long commute to and from work at the Pentagon. Eventually a similar position opened at Dahlgren, and James applied and was accepted there to perform duties similar to his prior position. James' wife suffered a medical event that resulted in kidney failure. He and she sought a kidney transplant which was completed about 2 years after losing the function of her kidneys. His medical condition continued to degrade, and he eventually needed a cane for support while walking. A walker or wheelchair were also sometimes required.

As his medical condition worsened officials at Dahlgren decided it would be best for James to discontinue his employment and accept 100% disability.

Post employment James pursued work with organizations which provide support to our wounded veterans and their families. He also became very active in his local American Legion post and was made Post Commander for a time until he made the decision, he could not perform all of his travel duties due to his medical condition.

James made us aware of his attending the January 6 events in Washington D.C. several weeks after the events happened. He was obviously ashamed of having put himself in such a position and regretted any involvement in the activities of that day. James has communicated with us on a regular basis, and he and Christy have become very active in their church and related activities. James has committed his life to doing positive things that will better himself and other people.

Please let us know if you have any questions or if we can be of any other assistance in this matter.

Sincerely,

_____
Keith I. Davis

_____
Mary E. Davis