September 4, 2023

To:    The Honorable Timothy J. Kelly
        U.S. District Court for the District of Columbia
        E. Barrett Prettyman U.S. Courthouse
        333 Constitution Ave., N.W.
        Washington, DC  20001

From:  Mary Deatherage
        [REDACTED]

Honorable Judge Kelly,

It is an honor to write to you on behalf of James R. Davis. I have had the privilege of knowing James since 2006 when his wife Christy started working in my business, [REDACTED]. They have become family, like our son and daughter, as we enjoy celebrating Thanksgiving and Easter dinner together and the past 2 years with James volunteering his time at my business. From the first day I met James, I could tell how much he loves Christy and supported her in everything she did and praised her talents, believing in her more than she did herself. Something I found out later Christy had done for James as she applied for a job at the Pentagon on USA jobs, while he did not think anyone would hire him due to his severe medical conditions. From the moment we threw James an apron at the DC Food Network show in 2007 to help quickly sell our Chocolate Covered Potato Chips to a huge overwhelming crowd, to helping my husband, Jim Deatherage, with remodeling the shed; to helping pass out chocolate samples at Candy/Gift Shows, James has been so helpful to me and my husband and to our business. He did all of these things on his time off from the Pentagon and Dahlgren till he was medically retired in 2013. When I fell 2 years ago and hurt my shoulder, despite James' medical condition declining further, he immediately stepped up and found many ways to help his wife Christy and me in the kitchen at [REDACTED]: sitting packaging candy, putting labels and pricing stickers on products, leaning against the sink and doing dishes, using a cane to get around and help bake cookies and pies, and sitting and making our cake icing. Just like his wife, he works until he has no more energy to give and then gives a little more until he has given all that he has left to give. It is such a blessing to have both Christy and her husband working together in harmony, spending time together, and really helping keep my business going. I can't tell you how much at peace I am as I face this shoulder surgery, knowing that James and Christy will take care of everything in the kitchen while I am in recovery for the next 6 months, just like they did when I fell 2 years ago and have continued to do since no matter what condition James is in, he gives a hundred percent to helping his wife and me. Especially since Covid reduced my staff drastically and no one is applying for jobs, James volunteering his time Thursday through Saturday is truly a vital key to my ability to keep this business open, no matter what condition he is in! And I know it helps his wife Christy rest a lot easier knowing that her husband is not home alone and is safe where she can keep an eye on his medical condition as his caregiver.

Since his wife Christy and I have become best friends since 2006, I have personally seen the struggles James and Christy have gone through as he tried to work in the Federal Government at the Pentagon and Dahlgren. When he couldn't find a ride to work, he would walk with a walker to the main road to flag down a carpool ride and work so late at night to complete his mission that his wife would have to go pick

Def. Ex. 4

him up from whichever commuter lot he landed. James brings that same drive and determination and work ethic to my business, volunteering his time and talents. Christy has told me about the struggles they have had in their marriage as they dealt with these serious medical challenges, and how depressed he was feeling useless and helpless. So, I know how much happier that James has become since being able to volunteer his time, working with his wife at my business and accomplishing missions and tasks, than he was sitting at home medically retired just watching tv. And I see the joy that it brings him watching his wife's creativity come to life as she intricately decorates a beautiful cake or creates a candy bar wrapper design, or a fun post on social media for the business. I believe it really does James a lot of good both physically and mentally to volunteer his time here working with his wife. James has even picked up a few skills from his wife and is starting to ice cupcakes, it truly is a joy to watch them work together. James and Christy have both become treasured great friends for my husband and I, and we could not imagine what our lives and business would be like these past 17 years without them.

I have been there with them in the very dark times as well. In June 2012, because James could not drive due to his Narcolepsy and Temporary Paralysis, I had to take his wife to the Emergency Room for what I thought was a bad flu, but ended up being so much worse as she experienced multiple organ failure and completely lost her kidneys. I watched as James cared for his wife and heard from Christy how he was using a seated walker to move dialysis fluid from the storage room to the master bedroom and carefully adhering to all of the medical precautions and sanitizing hooked her up every night and took her off home dialysis every morning. I heard about the depression he was in just feeling overwhelmed by the forced medical retirement the same time his wife lost her kidneys, feeling helpless and hopeless. I heard from Christy how her husband went from a man of Faith to a man filled with anger at GOD for all of the medical conditions and now his wife's medical conditions. Christy would take him and pick him up from counseling and his friends would take him to a combat support group, both of which really helped him through this difficult time. He never wavered in his love and devotion to Christy, but they definitely went through some tough times together. But through it all, James just kept going and eventually pulled out of that pit and became very active in the local American Legion and started work in the Heroes Thanking Heroes program for the Coalition to Salute America's Heroes which he did until he took on more responsibility as the Post Commander for Post 89 American Legion. He was also involved in Team River Runner kayaking for Wounded Warriors, as I recall we did a beautiful cake for them and the Legion.

Once he got his hyperbaric treatment in 2014 and again in 2019, he was able to do a lot more physically, but unfortunately that treatment from 2019 is apparently wearing off as I have personally seen how bad his condition is declining: James can be walking around with a cane and helping around the kitchen, sit down for lunch and then not be able to move for several hours, and needs help from Christy to walk. I have even observed her having to cut his food for him as his hands were shaking too much. So, if I or Christy even see him starting to struggle, he is told to sit down for his own safety. He can be awake one minute sitting and talking as he places labels on products, and a second later be completely asleep and unresponsive, and then wake up slurring his words and not able to respond. Eventually, he comes out of it and is ok, but you can see the toll this takes on him and his wife. I am just glad he is able to be where she is at work and help him when he needs help.

As great as James has been, I also witnessed the stress he put his wife through back in 2020 and 2021 as he focused 24/7 on politics, 2nd Amendment, and got involved in political campaigns. He stopped telling his wife the truth and she would find out how much money he had loaned someone and how he had risked his life, especially in his medical condition, to attend some political rally. Unfortunately, Christy did not find out about most of this until after it was too late. She didn't find out about the credit card debt he put them in helping this guy until after she got a notice on her credit report. And she did not find out the extent of James' involvement in Jan 6th until he was charged and she had to drive him from their hotel in TN to DC to turn him into the FBI in July 2021. Only by the Grace of God, have these two made it through all of these trials. But, I definitely noticed a major change in James's life as he rededicated his

life to Christ and they returned to church. Now that same devotion and dedication James had for work at the Pentagon and Dahlgren, the Coalition to Salute America's Heroes, and the American Legion; James focuses on serving the community in a Mobile Food Pantry and Missions at their church. James also serves on 2 online Christian ministries helping reach the lost for Christ and everyday shares another great testimony of a person that he was able to reach for Jesus. I have watched a marriage that was almost falling apart, now flourishing and growing stronger in Christ. I truly believe if James had not gotten swept up by Politics and had been attending church, he would have never been involved in Jan 6th. He doesn't talk about it much at work, but I have overheard him share with his Saturday morning Bible Study group about his remorse and shame he feels for his conduct that day, and how he has placed his Trust in God's will for where God needs him to serve and share Jesus, whether from home or from jail. He makes it a point every Sat morning to hold this online Bible study in our packing room and it sure is a joy to watch the man who now leads a Bible Study and the strength and love Christy and James once again have in their marriage, as they look forward to celebrating 25 years together next year.

As you can see, I have come to know James and Christy Davis very personally, and it breaks my heart to see what they are going through and the punishment James is facing. But, we will be here for Christy and for James through it all. And I know from what James has told me, he fully accepted responsibility and deep remorse for his actions that day on Jan 6th, and as he tells his Bible Study group every Sat morning as his sentence hearing gets closer, James has placed his trust in God and His will and purpose for his life, whether it be from jail or from home, James is ready to serve and share JESUS with the lost.

We are hoping that James will be permitted to continue volunteering his time here at my business, and I would ask the Judge to please consider all the great things James is doing as he volunteers in the church, the community, serving with his wife, and all he does for me as he volunteers at my business.

Thank you for taking time to read this letter; and please do not hesitate to contact me for any further information you may need concerning James.


Very Respectfully,


Mary Deatherage