

# The American Legion
# Department of Virginia Leadership College



## Diploma

*This certifies that*

## James R. Davis

*has completed the requirements for graduation from the Department of Virginia Leadership College this*

*August 5, 2018*

_____    _____    _____
Department President        Department Commander       Detachment Commander

_____    _____    _____
Auxiliary College, Director   Legion College, Director    SAL College, Director

Def. Ex. 19